UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ARRON JAMES BARBY,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:14-CV-00076-RE<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) obtain additional evidence, provide the Plaintiff an opportunity for a hearing, and add the evidence from the prior folder to the administrative record; (2) if warranted, obtain medical expert testimony and further evaluate the Plaintiff's mental impairments; (3) reevaluate the credibility of the Plaintiff's allegations; (4) reevaluate the Plaintiff's residual functional capacity; (5) reevaluate steps four and five of the sequential evaluation; and (6) if warranted by the expanded record, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

///

///

Page 1   ORDER - [3:14-CV-00076-RE]

IT IS SO ORDERED this _7_ day of _January_, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

S. AMANDA MARSHALL, OSB #095347
United States Attorney

RONALD K. SILVER,
Assistant United States Attorney

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2240